# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1718
Lower Tribunal No. 14-CF-016160

_____

ALVIN ALICEA,

Appellant,
v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Robert Branning, Judge.

October 29, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and MIZE, JJ., concur.


Alvin Alicea, Lowell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED